UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONNIE LEWIS,

    Plaintiff,

v.                                               CASE NO.  8:18-cv-321-T-26TGW

UNITED RECEIVABLES GROUP, LLC,

    Defendant.
_____/

**O R D E R**

The Court considers this case *sua sponte* pursuant to the provisions of Local Rule 1.07(b).  After doing so, the Court concludes that this case is due to be dismissed without notice and without prejudice for failure to comply with the time requirement of the rule in seeking a default final judgment.

The record reflects that Plaintiff effected service of process on Defendant on February 12, 2018.[1]  The record further reflects that although Plaintiff has obtained a clerk's default against Defendant,[2] more than sixty (60) days has elapsed since Plaintiff served Defendant and Plaintiff has failed to seek a default final judgment against Defendant, nor sought an extension of time within which to do so.  Accordingly, this case

---

[1] See docket 6.

[2] See docket 9.

is dismissed without notice and without prejudice as required by the rule. The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on April 17, 2018.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record